FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 2 6 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF

v.

ARIA Naleki

DEFENDANT(S).

CASE NUMBER

SA16-32M

### ORDER OF TEMPORARY DETENTION
### PENDING HEARING PURSUANT
### TO BAIL REFORM ACT

Upon motion of _defense counsel_ , IT IS ORDERED that a detention hearing is set for _January 27_ , _2016_ , at _200_ ☐ a.m. / ☒ p.m. before the Honorable _Douglas F. McCormick_ , in Courtroom _6B_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

_(Other custodial officer)_

Dated: _1/26/2016_

**DOUGLAS F. McCORMICK**

U.S. ~~District Judge~~/Magistrate Judge